# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CHAD ASKEW                                                                    PLAINTIFF

v.                              No. 4:19-cv-177-DPM

MOTIVE CARE & SUPPLY, INC.
and DONALD LEONHARD                                                         DEFENDANTS

### ORDER

The Court notes the joint stipulation of dismissal based on a settlement agreement. № 14. The Court's practice in FLSA cases, however, is for the agreement to be on the public docket. *Delock v. Securitas Security Services USA, Inc.*, № 70 in No. 4:11-cv-520-DPM (E.D. Ark. 16 November 2012). The Court needs to make sure the deal is fair and reasonable, and that the parties negotiated the attorney's fee separately from the merits. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353–54 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018); *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019). If the public filing is a deal breaker, the parties should so advise the Court. Joint report due by 21 February 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 February 2020