IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAD ASKEW     PLAINTIFF

v.     No. 4:19-cv-177-DPM

MOTIVE CARE & SUPPLY, INC.
and DONALD LEONHARD     DEFENDANTS

ORDER

The Court appreciates the parties filing the settlement agreement. All material things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. The attorneys' fee was handled separately and at arm's length from the overtime claims, removing any possibility of a conflict of interest. *Melgar*, 902 F.3d at 779; *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019). The complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 May 2020