IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAD ASKEW                                                                                    PLAINTIFF

v.                                    No. 4:19-cv-177-DPM

MOTIVE CARE & SUPPLY, INC.
and DONALD LEONHARD                                                              DEFENDANTS

## JUDGMENT

Askew's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 June 2020 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

5 May 2020